**Order entered January 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00963-CV
No. 05-12-00965-CV
No. 05-12-00966-CV
No. 05-12-00967-CV

**CITY OF DALLAS, TEXAS, Appellant**

**V.**

**ANTHONY ARREDONDO, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-1743-99**

## ORDER

The Court has before it appellees' December 21, 2012 unopposed second motion to extend time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by January 21, 2013. No further extensions will be granted absent a showing of extraordinary circumstances.

/s/     MOLLY FRANCIS
        JUSTICE